UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WILLY ANTONIO GALLEGOS-DELGADO (aka Carlos Santos-Luciano),<br><br>            Defendant. | CASE NO.:   21-cr-1876-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE APPEARING,** the parties' Joint Motion to Continue the Motion/Hearing Trial Setting from July 30, 2021 to **September 10, 2021 at 1:30 p.m.** is hereby **GRANTED**. For the reasons stated in the Parties' joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: July 20, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge